**No. 44385.**—Protests 816703–G, etc., of Herbert Silk Co., Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hat bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1940

**No. 44386.**—Protests 438287–G, etc., of Saydah Importing Co. et al. (New York).

Opinion by TILSON, J. It was stipulated that the Saxony laces in question are similar to those involved in *Beyda* v. *United States* (T. D. 46177). The claim at 75 percent under paragraph 1430 was therefore sustained.